STATE OF MONTANA, Plaintiff, vs. WILLIAM NORMAN, Defendant.

No. 8701

DECISION

The application of the above-named defendant for a review of the sentence of 5 years for Receiving Stolen Property, imposed on July 2, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

DATED this 13th day of November, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Peter G. Meloy.

STATE OF MONTANA, Plaintiff, vs. ALTON MAURICE PARKER, Defendant.

No. 3824/25

DECISION

The application of the above-named defendant for a review of the sentence of Life for Robbery, 7 counts, Assault Second, 1 count, imposed on September 23, 1971, was fully heard and after a careful consideration of the entire matter it is decided that:

This Division decided no decision in this case will be made at this time. The case of applicant will be considered and reviewed at the last calendar in 1978.

We wish to thank David Hull, Montana Defender Project, for his assistance to the defendant and to this Court.

DATED this 13th day of November, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Peter G. Meloy.

STATE OF MONTANA, Plaintiff, vs. RICHARD OSIER, Defendant.

DECISION

The application of the above-named defendant for a review of the sentence of 10 years for Kidnapping with Intent to Secretly Confine, imposed on October 20, 1972, was fully heard and after a careful consideration of the eitire matter it is decided that:

The sentence be and remain as originally imposed.

This Division in reaching this decision considered the fact that applicant was a prisoner of Montana State Prison when he committed this crime and that under these circumstances it was felt the sentence was not excessive.

His request for an appearance before this Division is also denied.

DATED this 13th day of November, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Peter G. Meloy.